■ In the Matter of EILEEN BENNICI, Appellant, v CHAPPAQUA CENTRAL SCHOOL DISTRICT, Respondent.—Appeal by the claimant from an order of the Supreme Court, Westchester County (Gurahian, J.), entered October 19, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Gurahian at the Supreme Court. Rosenblatt, J. P., Lawrence, Eiber and Copertino, JJ., concur.